# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# PITTSBURGH DIVISION

| | |
|---|---|
| JOE PENSKA, Individually and For Others Similarly Situated<br><br>v.<br><br>T.S. DUDLEY LAND COMPANY, INC.<br><br>v.<br><br>AJP LAND SERVICES, LLC | **Case No. 2:20-CV-435-NR** |

## AGREED MOTION TO APPROVE SETTLEMENT

Plaintiff Joe Penska (Penska), Defendant T.S. Dudley Land Company Inc. (Dudley), and Third-Party Defendant AJP Land Services, LLC (AJP) (together, the Parties) have reached a settlement in this matter. As outlined in the attached brief, the settlement is a reasonable compromise that will adequately compensate Penska for the unpaid overtime alleged and will eliminate the need for the Parties to engage in protracted and expensive litigation.

Respectfully submitted,

By: */s/ Taylor A. Jones*
       **Michael A. Josephson**
       PA ID No. 308410
       **Andrew W. Dunlap**
       Texas Bar No. 24078444
       **Taylor A. Jones**
       Texas Bar No. 24107823
       (*admitted pro hac vice*)
**JOSEPHSON DUNLAP, LLP**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
tjones@mybackwages.com

**Richard J. (Rex) Burch**
Texas Bar No. 24001807
**BRUCKNER BURCH PLLC**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

**Joshua P. Geist**
PA ID No. 85745
Goodrich & Geist, PC
3634 California Ave.
Pittsburgh, PA 15212
412-766-1455 – Telephone
412-766-0300 – Facsimile
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

On February 22, 2021, I served the foregoing document on all parties and/or their counsel of record via this Court CM/ECF filing system in accordance with the Federal Rules of Civil Procedure.

*/s/ Taylor A. Jones*
**Taylor A. Jones**

## CERTIFICATE OF CONFERENCE

Pursuant to the Parties' Settlement Agreement, Ex. 1, Dudley is **not opposed** to the relief requested herein.

*/s/ Taylor A. Jones*
**Taylor A. Jones**
